# Court of Appeals
# of the State of Georgia

ATLANTA,  December 29, 2023

*The Court of Appeals hereby passes the following order:*

A24A0565. ABBEY LENDING, LLC v. MT. NEBO BAPTIST LIFE CENTER, INC.

Abbey Lending, LLC filed a dispossessory action against Mt. Nebo Baptist Life Center, Inc. ("Mt. Nebo"). The superior court granted Abbey Lending a default judgment and writ of possession, and Mt. Nebo appealed to this Court.[1] In the superior court, Abbey Lending filed a motion to dismiss Mt. Nebo's appeal under OCGA § 5-6-42. The superior court denied the motion on August 29, 2023, and on September 14, Abbey Lending filed a notice of appeal. We, however, lack jurisdiction.

The underlying subject matter of an appeal controls in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). Under OCGA § 44-7-56, an appeal from any judgment by the trial court in a dispossessory proceeding must be filed within seven days of the date the judgment was entered. See *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Jones*, 239

---

[1] See Case No. A24A0291 (docketed Sept. 12, 2023).

Ga. App. at 523. Abbey Lending filed its notice of appeal 16 days after the issuance of the court's order. Accordingly, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __12/29/2023__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*